UNITED STATES, Appellee

v

JESS W. HENRYES, JR., Lance Corporal,
U. S. Marine Corps, Appellant

18 USCMA 579, 40 CMR 291

No. 22,079

September 19, 1969

*Captain Michael I. Walling,* USMCR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

Pursuant to his plea of guilty, the accused stands convicted of wrongful attempts involving the possession, sale, and transfer of marihuana, in violation of Article 80, Uniform Code of Military Justice, 10 USC § 880. The law officer's inquiry into the providence of the guilty plea is not unlike that found in United States v Care, 18 USCMA 535, 40 CMR 247. Because the accused, in mitigation, freely admitted the acts here charged, we are satisfied that his plea is provident. The procedure followed in this case, however, does not meet the standard that must apply to cases tried thirty days after the decision in United States v Care, supra.

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissenting opinion in United States v Care, 18 USCMA 535, 40 CMR 247.